**DISMISS and Opinion Filed December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00252-CV

### STEVEN N. HALL, Appellant
### V.
### PATRICIA HALL, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-09911**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By order dated August 2, 2018, we granted appellant's third motion to extend time to file his brief and ordered his brief to be filed by August 31, 2018. By postcard dated October 26, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180252F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

STEVEN N. HALL, Appellant

No. 05-18-00252-CV     V.

PATRICIA HALL, Appellee

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-09911.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PATRICIA HALL recover her costs of this appeal from
appellant STEVEN N. HALL.

Judgment entered December 19, 2018.